NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD L. BRIGHT, II, CLARENCE FORKNER, HOMER E. HAMILTON, DEBBIE M. HAMILTON, RICKY D. RUSSELL, BRADY J. STUART, AND ROSE M. STUART,**
*Plaintiffs-Appellants,*

**and**

**EARLEEN FAVERGUE,**
*Plaintiff,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1385

---

Appeal from the United States District Court for the Western District of Missouri in case no. 09-CV-5014, Judge Richard E. Dorr.

---

**ON MOTION**

---

**ORDER**

The appellants submit a response to the court's June 9, 2010 order and move to continue the stay of proceedings until the United States files a petition for a writ of certiorari in the United States Supreme Court in *Bright v. United States*, No. 2009-5048, and the Supreme Court issues a final decision or until the time expires for the United States to file a petition for a writ of certiorari.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to continue the stay of proceedings is granted. The parties are directed to file a status report every 60 days, from the date of filing of this order, concerning, inter alia, whether a certiorari petition has been filed and the status of any petition.

FOR THE COURT

**DEC 2 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark F. Hearne, II, Esq.
     Kathryn E. Kovacs, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2010

JAN HORBALY
CLERK